# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL VALENZUELA,<br><br>           Plaintiff,<br><br>      v.<br><br>Z. WILLIAMS, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-00841 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 9) |

Plaintiff John Paul Valenzuela is a prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Doc. 1.)

On January 13, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action for failure to prosecute and failure to comply with the Court's orders. (Doc. 9.) The magistrate judge noted that the Court's screening order was returned by the U.S. Postal Service marked "Undeliverable, Not in Custody," and was the Court's order to show cause directing Plaintiff to respond in writing regarding his failure to update his address with the Court. (*Id.* at 1-2.) The magistrate judge found that Plaintiff failed to update his address as required by the Local Rules. (*Id.* at 2-3); *see* Local Rule 183(b). The magistrate judge also evaluated and applied the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), regarding dismissal for failure to comply with a court order and recommended dismissal without prejudice. (*Id.* at 2-4.)

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days. (*Id.* at 4-5.) The findings and recommendations advised Plaintiff that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) On January 30, 2026, the findings and recommendations were returned by the U.S. Postal Service marked as "Undeliverable, Not in Custody."[1] As of the date of this Order, more than 14 days have passed, and Plaintiff has not filed any objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1.  The findings and recommendations (Doc. 9) issued on January 13, 2026, are **ADOPTED** in full.

2.  The action is **DISMISSED** without prejudice.

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    **February 4, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] The case opening documents advised Plaintiff that, absent notice to the Court of any change of address, "documents served at a party's old address of record shall be deemed received even if not actually received." (Doc. 3 at 5; citing Local Rule 182(f).)

2